

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DAVID PEREZ | CASE NUMBER 5:CV07-01465   GW   (JCR) |
|---|---|
| PLAINTIFF | |
| - VS - | JUDGMENT |
| CHARLES WILHITE, ET AL | |
| DEFENDANT(S) | |

On **11/13/2007**, plaintiff was permitted, pursuant to 28 U.S.C. Section 1915 to file the above-referenced action without prepayment of the full filing fee of $ **350.00**, but plaintiff was ordered to pay the Clerk of the Court an initial partial filing fee.

By Order to Show Cause dated **1/10/2008**, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure timely to pay the initial partial filing fee.
Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for the plaintiff's failure to comply with 28 U.S.C. Section 1915.

Dated : **MAR 1 0 2008**

By : _____
CHIEF UNITED STATES DISTRICT JUDGE
**ALICEMARIE H. STOTLER**

Presented by :

_____
UNITED STATES MAGISTRATE JUDGE

cc :
District Judge
Magistrate Judge